IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| Brian Richardson )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Maximus, Inc. )<br>)<br>Defendant )<br>)<br>) | Civil Action No. 1:22-cv-00746-RDA-JFA |

## JUDGMENT

Pursuant to the Order of this Court entered on July 21, 2023 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendant Maximus, Inc. and against Plaintiff Brian Richardson as to Counts II, III, and V and as to the constructive discharge claims in Counts I and IV of the Complaint.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Williams
Deputy Clerk

Dated: 7/21/2023
Alexandria, Virginia