IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BRIAN RICHARDSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:22-cv-746 (RDA/JFA) |
| MAXIMUS, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal. Dkt. 138. Accordingly, it is hereby ORDERED that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the instant action is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the parties' Motions in Limine (Dkt. Nos. 63; 70; 72; 74) are DENIED as MOOT.

The Clerk is directed to forward copies of this Order to counsel of record and to close this civil action.

It is SO ORDERED.

Alexandria, Virginia
September 20, 2023

/s/
Rossie D. Alston, Jr.
United States District Judge